Courtesy Copy
E-Filed On 11/12/09

RECEIVED
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

| | |
|---|---|
| In re MORGAN STANLEY MORTGAGE PASS-THROUGH CERTIFICATES LITIGATION | Civil Action No. 1:09-cv-02137-LTS  <br>  CLASS ACTION |
| This Document Relates To:  <br>  ALL ACTIONS. | MEMO ENDORSED |

------------------------------------------------------ x

LEAD PLAINTIFF'S NOTICE OF DISMISSAL OF TRUST DEFENDANTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 8 2009

Lead Plaintiff, the West Virginia Investment Management Board, and 31 Trusts that have been named as defendants in this action (the "Trusts" as listed on Exhibit A attached) have agreed that the Trusts shall be dismissed from this action without prejudice prior to any party answering or moving to dismiss the action.

Therefore, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiff hereby notifies the Court that all claims against the 31 various Trusts listed on Exhibit A are hereby dismissed without prejudice, with each party bearing its own costs.

DATED: November 12, 2009           Respectfully submitted,

                                              COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              SAMUEL H. RUDMAN
                                              DAVID A. ROSENFELD
                                              CAROLINA C. TORRES
                                              JARRETT S. CHARO

                                                          s/ DAVID A. ROSENFELD
                                                            DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

                                                        SO ORDERED.

NEW YORK, NY
                                                 LAURA TAYLOR SWAIN
Nov 13, 2009 UNITED STATES DISTRICT JUDGE

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        ARTHUR C. LEAHY
        THOMAS E. EGLER
        SCOTT H. SAHAM
        SUSAN G. TAYLOR
        COURTLAND W. CREEKMORE
        NATHAN R. LINDELL
        MATTHEW I. ALPERT
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        Lead Counsel for Plaintiffs

S:\CasesSD\Morgan Stanley MBS\NOT00063013_Dismissal.doc

# EXHIBIT A

Morgan Stanley Mortgage Loan Trust 2006-4SL

Morgan Stanley Mortgage Loan Trust 2006-5AR

Morgan Stanley Mortgage Loan Trust 2006-5ARW

Morgan Stanley Mortgage Loan Trust 2006-6AR

Morgan Stanley Mortgage Loan Trust 2006-7

Morgan Stanley Mortgage Loan Trust 2006-8AR

Morgan Stanley Mortgage Loan Trust 2006-9AR

Morgan Stanley Mortgage Loan Trust 2006-10SL

Morgan Stanley Mortgage Loan Trust 2006-11

Morgan Stanley Mortgage Loan Trust 2006-12XS

Morgan Stanley Mortgage Loan Trust 2007-1XS

Morgan Stanley Mortgage Loan Trust 2007-2AX

Morgan Stanley Mortgage Loan Trust 2007-3XS

Morgan Stanley Mortgage Loan Trust 2007-4SL

Morgan Stanley Mortgage Loan Trust 2007-5AX

Morgan Stanley Mortgage Loan Trust 2007-6XS

Morgan Stanley Mortgage Loan Trust 2007-7AX

Morgan. Stanley Mortgage Loan Trust 2007-8XS

Morgan Stanley Mortgage Loan Trust 2007-9SL

Morgan Stanley Mortgage Loan Trust 2007-10XS

Morgan Stanley Mortgage Loan Trust 2006-13ARX

Morgan Stanley Mortgage Loan Trust 2006-13AX

Morgan Stanley Mortgage Loan Trust 2006-14SL

Morgan Stanley Mortgage Loan Trust 2006-15XS

Morgan Stanley Mortgage Loan Trust 2006-16AX

Morgan Stanley Mortgage Loan Trust 2006-17XS

Morgan Stanley Mortgage Loan Trust 2007-11AR

Morgan Stanley Mortgage Loan Trust 2007-12

Morgan Stanley Mortgage Loan Trust 2007-13

Morgan Stanley Mortgage Loan Trust 2007-14AR

Morgan Stanley Mortgage Loan Trust 2007-15AR