UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                      :

IN RE MORGAN STANLEY         :
MORTGAGE PASS-THROUGH      :
CERTIFICATES LITIGATION        :
                                      : MASTER FILE
------------------------------------------------------: 09 Civ. 2137 (LTS) (MHD)
                                      :
This Document Relates To:               :
                                    :
ALL ACTIONS                          :
                                    :
------------------------------------------------------x

[USDC / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE: 27 SEP 2010]

### STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

This Stipulation is entered into between plaintiffs Public Employees' Retirement System of Mississippi, Members United Corporate Federal Credit Union, NECA-IBEW Health and Welfare Fund, United Western Bank, Pompano Beach Police and Firefighters' Retirement System and Carpenters Pension Fund of West Virginia (collectively, "Plaintiffs") and defendants Morgan Stanley, Morgan Stanley Capital I Inc., Morgan Stanley Mortgage Capital Holdings LLC, Morgan Stanley & Co. Incorporated, Anthony B. Tufariello, William J. Forsell, Steven S. Stern and David R. Warren (collectively, "Defendants").

**WHEREAS,** on September 10, 2010, Plaintiffs filed and served an amended complaint entitled "Second Amended Complaint for Violation of the Federal Securities Laws" (the "Second Amended Complaint");

**WHEREAS,** Defendants intend to respond to the Second Amended Complaint by moving to dismiss it;

1

**WHEREAS,** under federal and local civil rules, Defendants' motion to dismiss the Second Amended Complaint would be due on September 27, 2010; opposition papers would be due October 14, 2010; and any reply papers would be due October 25, 2010;

**WHEREAS,** counsel for the parties have met, conferred and agreed to a schedule for briefing Defendants' anticipated motion to dismiss the Second Amended Complaint;

**WHEREAS,** there has been no previous request for modification of the briefing schedule on Defendants' motion to dismiss the Second Amended Complaint;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendants, through their undersigned counsel, as follows:

1. Defendants shall serve and file a motion to dismiss the Second Amended Complaint no later than October 11, 2010;

2. Opposition papers shall be served and filed no later than November 5, 2010; and

3. Any reply papers shall be served and filed no later than November 23, 2010.

Respectfully submitted,

Dated: September 24, 2010

DAVIS POLK & WARDWELL LLP

_____
JAMES P. ROUHANDEH

JAMES P. ROUHANDEH
WILLIAM J. FENRICH
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800

*Counsel for Defendants*

ROBBINS GELLER RUDMAN & DOWD LLP

*/s/ Arthur C. Leahy*
ARTHUR C. LEAHY

ARTHUR C. LEAHY
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Fax: (619) 231-7423
    --and--

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (631) 367-1173

*Lead Counsel for Plaintiffs*


BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP


DAVID R. STICKNEY

DAVID R. STICKNEY
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Fax: (858) 793-0323
    --and--

GERALD H. SILK
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff Public Employees' Retirement System of Mississippi*

ROBBINS GELLER RUDMAN & DOWD LLP

_____
ARTHUR C. LEAHY

ARTHUR C. LEAHY
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Fax: (619) 231-7423
      --and--

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (631) 367-1173

*Lead Counsel for Plaintiffs*


BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP

_____
DAVID R. STICKNEY

DAVID R. STICKNEY
TIMOTHY A. DeLANGE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Fax: (858) 793-0323
      --and--

GERALD H. SILK
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff Public Employees' Retirement System of Mississippi*

--and--

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
KARL P. BARTH
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Fax: (206) 623-0594

CAVANAGH & O'HARA
PATRICK J. O'HARA
JOHN T. LONG
407 East Adams Street
Springfield, IL 62701
Telephone: (217) 544-1771
Fax: (217) 544-9894

SUGARMAN & SUSSKIND
ROBERT SUGARMAN
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
Telephone: (305) 529-2801
Fax: (305) 447-8115

*Additional Counsel for Plaintiffs*

SO ORDERED:

_____
United States District Judge

Dated: New York, New York

_____Sept 27_____, 2010