UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

IN RE MORGAN STANLEY
MORTGAGE PASS-THROUGH
CERTIFICATES LITIGATION

Master File No. 09 Civ. 2137 (LTS)(MHD)

------------------------------------------------------x

This Document Relates to All Actions

------------------------------------------------------x

### ORDER

The Court will hear oral argument on Defendants'[1] motion to dismiss the Second Amended Complaint in the above-captioned matter on **Tuesday, January 25, 2011, at 11:00 a.m.** in Courtroom 11C. Defendants and Co-Lead Plaintiff Public Employees' Retirement System of Mississippi's ("MissPERS") will each be allotted fifteen (15) minutes for argument.

In light of the pending motion to dismiss, the conference scheduled for Friday, December 10, 2010, is adjourned sine die.

SO ORDERED.

Dated: New York, New York
December 8, 2010

LAURA TAYLOR SWAIN
United States District Judge

---

[1] Moving defendants are Morgan Stanley Capital I Inc., Morgan Stanley Mortgage Capital Holdings LLC, Morgan Stanley & Co. Incorporated, Morgan Stanley, David R. Warren, Anthony B. Tufariello, William J. Forsell, and Steven S. Stern (collectively, "Defendants").