```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/18/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
IN RE MORGAN STANLEY MORTGAGE         :        09-cv-2137 (KBF)
PASS-THROUGH CERTIFICATES                :
LITIGATION                                              :        ORDER
                                                                  :
                                                                  :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    In light of the parties' settlement in principle, the Clerk of Court is hereby ordered to terminate the motion at ECF No. 234 as moot.

    SO ORDERED.

Dated:     New York, New York
           August 18, 2014

 

_____
KATHERINE B. FORREST
United States District Judge