```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/15/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
:
IN RE MORGAN STANLEY MORTGAGE        :        09-cv-2137 (KBF)
PASS-THROUGH CERTIFICATES            :
LITIGATION                           :        ORDER
:
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The hearing to consider final approval of the Settlement is hereby rescheduled to **Thursday, December 18, 2014, at 1 p.m.**

SO ORDERED.

Dated:      New York, New York
            September 15, 2014

_____
KATHERINE B. FORREST
United States District Judge